# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TURY DOMINGUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>DARREL G. ADAMS, et al.,<br><br>        Defendants. | CASE NO. 1:10-cv-00364-BAM PC<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANTS' ANSWER<br><br>(ECF No. 24) |

     Plaintiff Tury Dominguez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on the first amended complaint, filed December 17, 2010, against Defendants Fischer, Jones, and Ruff for violation of due process.  On February 17, 2012, Defendants Fisher and Ruff filed an answer. Plaintiff filed a reply on March 12, 2012.

     The Federal Rules of Civil Procedure provide, in relevant part, that there shall be a complaint, an answer, and a reply to an answer if the court orders one.  Fed. R. Civ. P. 7(a).  The Court has not ordered a reply to the answer and declines to make such an order.

     Accordingly, Plaintiff's reply, filed March 12, 2012, is HEREBY STRICKEN from the record.

     IT IS SO ORDERED.

Dated:   **March 14, 2012**            /s/ **Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE