1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  | TURY DOMINGUEZ,                          CASE NO. 1:10-cv-00364-BAM PC

10 |                          Plaintiff,      ORDER EXTENDING APPLICATION OF
                                             DISCOVERY AND SCHEDULING ORDER TO
11 |      v.                                  DEFENDANT JONES

12 | DARREL G. ADAMS, et al.,                 (ECF No. 23)

13 |                          Defendants.     Amended Unenumerated Rule 12(b) Motion
   | _____/        Deadline: June 15, 2012

14

15      Defendant Jones filed an answer to Plaintiff's amended complaint on April 27, 2012.

16 Accordingly, application of the discovery and scheduling order filed on February 22, 2012, is

17 HEREBY EXTENDED to Defendant Jones, and the unenumerated Rule 12(b) motion deadline set

18 in that order is EXTENDED to **June 15, 2012**, as to Defendant Jones.

19

20      IT IS SO ORDERED.

21  **Dated:**   **May 1, 2012**          _____/s/ **Barbara A. McAuliffe**_____
                                          UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

1