# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TURY DOMINGUEZ,<br><br>             Plaintiff,<br><br>     v.<br><br>DARREL G. ADAMS, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:10-cv-00364-BAM PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT JONES<br><br>(ECF No. 23)<br><br>Amended Unenumerated Rule 12(b) Motion Deadline: June 15, 2012 |

Defendant Jones filed an answer to Plaintiff's amended complaint on April 27, 2012. Accordingly, application of the discovery and scheduling order filed on February 22, 2012, is HEREBY EXTENDED to Defendant Jones, and the unenumerated Rule 12(b) motion deadline set in that order is EXTENDED to **June 15, 2012**, as to Defendant Jones.

IT IS SO ORDERED.

Dated:   May 1, 2012                         /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE

1